**Order entered October 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01068-CV

### IN THE INTEREST OF G.D.P., JR., A CHILD

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30053-2018**

## ORDER

Before the Court is appellant's motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **Monday, October 28, 2019**. We caution appellant that further extension requests in this accelerated appeal involving the termination of parental rights will be disfavored.

/s/    BILL WHITEHILL
        JUSTICE